IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL RAY BROWN                                         PLAINTIFF

v.                                 Civil No. 6:21-CV-06072

ARKANSAS DIVISION OF COMMUNITY                  DEFENDANTS
C ORRECTION, SUPERVISED SANCTION
CENTER OMEGA UNIT, and WARDEN
EMSWELLER

**ORDER**

       This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss this case. (ECF No. 8).

       Plaintiff filed his Complaint on May 4, 2021. (ECF No. 1). He filed his Motion to Dismiss on May 20, 2021, asking that the Court dismiss his case. (*Id*.). The case has not yet been screened or served.

       The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 8) as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice. The Clerk is further DIRECTED to set aside the filing fee order in this case (ECF No. 7), as the Court has been informed of a significant clerical error on the inmate certificate of account.

       IT IS SO ORDERED this 24th day of May 2021.

                                                                /s/ *Mark E. Ford*
                                                                HON. MARK E. FORD
                                                                UNITED STATES MAGISTRATE JUDGE